**Order entered January 20, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00433-CV

**LSC TOWERS, LLC AND LOVELL FAMILY LIMITED PARTNERSHIP,**
**Appellants**

**V.**

**LG PRESTON CAMPBELL, LLC, LEON CAPITAL GROUP, LLC, AND**
**LG ACQUISITIONS, LLC, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07734**

### ORDER

Before the Court is appellees' January 19, 2021 unopposed motion for a seven-day extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 29, 2021.

/s/    KEN MOLBERG
         JUSTICE